# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

December 19, 2005

Memo To Counsel Re: Sheila Marshburn, et al. v. Colomer USA
Civil No. JFM-05-2773

Dear Counsel:

    I have reviewed the memoranda submitted in connection with defendant's motion to reconsider motion to dismiss.

    I am persuaded that the cases cited in 9 Wright & Miller, *Federal Practice and Procedure*, Section 2366, at n.9, support the award of attorneys' fees and costs in defendant's favor *in the event that plaintiffs refile this action in state court naming a nondiverse defendant*. Plaintiff has not challenged the reasonableness of the fees and costs defendant alleges it has incurred, and these fees and costs are reasonable on their face. Accordingly, I am entering an order herewith granting defendant's motion to reconsider and requiring plaintiffs to pay defendant fees and costs in the amount of $569.00 in the event that plaintiffs refile this action in state court naming a nondiverse defendant.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

                                                        Very truly yours,

                                                         /s/

                                                         J. Frederick Motz
                                                         United States District Judge